ovacodsc (07/12)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CASE NO. 09–41365–TLS |
| | ) |
| Dale J Smith and Bonnie K Smith | ) |
| | ) |
| DEBTOR(S) | ) |
| | ) |
| | ) |

### *ORDER VACATING DISCHARGE ORDER*

It appearing that the Court's Order Discharging Debtor(s) (Filing #64) dated June 12, 2014 was entered in error for both debtors, is hereby vacated.

DATED: June 12, 2014

BY THE COURT:

S/ Thomas L. Saladino
United States Bankruptcy Judge